LILLIAN HUDSON, as Administratrix, etc., of ANDREW HUDSON, Deceased, Appellant, v. FRANKLIN SAUNDERS and EMELIA SAUNDERS, Respondents.— Plaintiff appeals from a judgment in favor of defendants in an action to recover damages for death of plaintiff's intestate, caused by being struck by defendants' automobile. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of THOMAS SMITH FOX, an Alleged Incompetent. HENRY E. COAN, Appellant; GARDINER CONROY, Special Guardian for THOMAS SMITH FOX, an Incompetent Person; CITY BANK FARMERS TRUST Co., Committee of the Property, etc., of THOMAS SMITH FOX, an Incompetent Person; MARY COONEY, Committee of the Person, etc., of THOMAS SMITH FOX, an Incompetent Person, Respondents.— Order of appointment of a committee of the person and of a committee of the property of an incompetent, in so far as appealed from unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Johnston and Close, JJ.; Adel, J., not voting.